441 F.2d 265
 UNITED STATES of America, Plaintiff-Appellee,
v.
Sammy Lee LANG, Defendant-Appellant.
No. 30846 Summary Calendar.*
*Rule 18, 5 Cir.; Isbell Enterprises, Inc.
v.
Citizens Casualty Company of New York et al., 5 Cir. 1970,
431 F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 April 6, 1971.
 
 S. Gunter Toney, Toney & Guarisco, Tallahassee, Fla., for defendant-appellant.
 William J. Schloth, U.S. Atty., Charles T. Erion, Asst. U.S. Atty., for plaintiff-appellee.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed.
 
 See Local Rule 21.[1]
 
 
 [1]
 See N.L.R.B. v. Amalgamated Cothing Workers of America, 5 Cir. 1970, 430 F.2d 966